United States District Court
Southern District of Texas
FILED

APR 27 2018

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.

Jesus Olvera
U.S. Citizen
Y.O.B: 1996

**CRIMINAL COMPLAINT**

Case Number: M-18-0900-M

I, David Love, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.

On or about **04/26/2018** (Date) In **Hidalgo** County, in the **Southern** District of **Texas** Defendant(s) did,

Conspired with others to knowingly and intentionally import 13.90 kilograms or more of cocaine into the territory of the United States from Mexico.

in violation of Title **21** United States Code, Section(s) **846, 952**.

I further state that I am a **Special Agent** (Official Title) and that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

FBI Special Agent David Love
Printed Name of Complainant

Approved to file Joseph Leonard

Sworn to before me and signed in my presence,

04/27/2018    8:21 am    at    McAllen, Texas
Date                                      City and State

Peter E. Ormsby, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**Attachment "A"**

On April 26, 2018, Jesus Olvera applied for entry at the Hidalgo, Texas Port of Entry (POE) in a beige 2003 Chevrolet Tahoe bearing Texas license plates HVD-4740. Olvera was referred to secondary inspection where a canine alerted and indicated to the presence of narcotics emanating from the gas tank area. The vehicle was scanned by an x-ray machine, which displayed anomalies in the vehicle's gas tank. A search of the gas tank revealed 12 packages of white powdery substance. Multiple samples were taken from the seized contraband which tested positive for cocaine and weighed approximately 13.90 kilograms.

Jesus Olvera was interviewed by FBI Special Agents (SAs) David Love and Justin Krider along with HSI SA Juan Flores at the Hidalgo POE. Under advice of rights and waiver, Olvera indicated that he had been promised $200 to transport the vehicle from Mexico into the United States by an individual known to him only as Carlos from Michoacan, Mexico. Olvera understood that some type of narcotics had been loaded into the vehicle. Olvera had been instructed to call a second individual, also named Carlos, who would coordinate to receive the beige Tahoe from Olvera. Olvera anticipated delivering the beige Tahoe to this individual on the U.S. side of the border in the vicinity of McAllen, Texas.